■ DESIREE BERRIAN, an Infant, by Her Parent and Natural Guardian, DONNA BERRIAN, et al., Appellants, v KENAN HASSAN, an Infant, by His Parent and Natural Guardian, MARY M. HASSAN, et al., Respondents. [646 NYS2d 481] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order of Supreme Court, Suffolk County, Doyle, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.